Approved:

Kevin Mead
Assistant United States Attorney

Before:   THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :        20 Mag. ___9835___
                                :
        - v. -                  :        RULE 5(c)(3)
                                :        AFFIDAVIT
JONATHAN ALMONTE,               :
                                :
                Defendant.      :
                                :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:

        CHRISTOPHER CAMPBELL, being duly sworn, deposes and says
that he is a Special Agent with the Federal Bureau of Investigation
and charges as follows:

        On or about September 4, 2020, the United States District
Court for the Western District of Texas issued a warrant for the
arrest of "Jonathan Almonte" in connection with a criminal
complaint charging "Jonathan Almonte" with violations of Title 18,
United States Code, Sections 659 (interstate shipments by
carrier), 659 (interstate transportation of stolen property), and
371 (conspiracy to commit offenses against the United States).  A
copy of the arrest warrant is attached as Exhibit A hereto and
incorporated by reference herein.

        I believe that JONATHAN ALMONTE, the defendant, who
arrested on September 15, 2020, in the Southern District of New
York, is the same person as the "Jonathan Almonte" who is wanted
by the United States District Court for the Western District of
Texas.

        The bases for my knowledge and for the foregoing charge
are, in part, as follows:

        1.   I am a Special Agent with the Federal Bureau of
Investigation.   I have been personally involved in determining

whether JONATHAN ALMONTE, the defendant, is the same individual as the "Jonathan Almonte" named in the September 4, 2020 arrest warrant from the United States District Court for the Western District of Texas.  Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned.  Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.    Based on my review of documents from the United States District Court for the Western District of Texas, I know that, on or about September 4, 2020, the United States District Court for the Western District of Texas issued a warrant for the arrest of "Jonathan Almonte" (the "Arrest Warrant").  The Arrest Warrant was based on a complaint (the "Complaint") charging "Jonathan Almonte" with violations of Title 18, United States Code, Sections 659 (interstate shipments by carrier), 659 (interstate transportation of stolen property), and 371 (conspiracy to commit offenses against the United States).  The Arrest Warrant was issued by United States Magistrate Judge Ronald C. Griffin, in the Western District of Texas.[1]

3.    On September 15, 2020, at approximately 8:15 am, JONATHAN ALMONTE, the defendant, was arrested in the Bronx, New York.

4.    I reviewed a DMV photograph of the "Jonathan Almonte" involved in the underlying Western District of Texas matter and named and sought in the Arrest Warrant.

5.    Based on my visual comparison of that photograph with JONATHAN ALMONTE, the defendant, I believe that the "Jonathan Almonte" sought in the Arrest Warrant is the defendant, JONATHAN ALMONTE.

6.    From my participation in the arrest of JONATHAN ALMONTE, the defendant, I have also learned that, incident to ALMONTE's arrest, law enforcement recovered an identification card

---

[1] The printed name of the individual who signed the warrant incorrectly says "Deborah Puckett, TFO."  However, I know that the warrant was signed by Judge Griffin because I have compared the ink signature in the Complaint (which was signed by Judge Griffin) with the ink signature on the Arrest Warrant and concluded that they are the same.

in the name of "Jonathan Almonte" from a wallet that was on ALMONTE's person.

7.    Accordingly, I believe that the "Jonathan Almonte" sought in the Arrest Warrant is the defendant, JONATHAN ALMONTE.

WHEREFORE, I respectfully request that JONATHAN ALMONTE, the defendant, be imprisoned or bailed as the case may be.


/s/ *Christopher Campbell* (with consent)
CHRISTOPHER CAMPBELL
Special Agent
Federal Bureau of Investigation


Sworn to before me this
15th day of September, 2020.


THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

3

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Jonathan Almonte | ) ) ) ) ) ) | Case No.   7:20-MJ-310 |

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Jonathan Almonte                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
  See attached affidavit of TFO Deborah Puckett.

Date:    09/04/2020                                    _____
                                                                            _Issuing officer's signature_

City and state:   Midland, Texas                         Deborah Puckett, TFO
                                                                            _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ . |
| Date: _____                          _____<br>                                                                _Arresting officer's signature_<br><br>                                                                _____<br>                                                                _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Jonathan Almonte

Known aliases:

Last known residence:   3500 Ashville St., Philadelphia, PA 19136

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   07/02/1985

Social Security number:   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

Height:                                    Weight:

Sex:                                         Race:

Hair:                                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:   Federal Bureau of Investigation
1004 North Big Spring, Suite 600, Midland, TX 79701

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: